UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN SWILLEY | CIVIL ACTION NO. 5:17:1571 |
| VERSUS | JUDGE S. MAURICE HICKS |
| WARRIOR ENERGY SERVICES CORPORATION D/B/A SPC RENTALS | MAGISTRATE JUDGE HORNSBY |
| | JURY TRIAL DEMANDED |

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that all claims of John Swilley, Plaintiff, against Warrior Energy Services Corporation are hereby DISMISSED WITH PREJUDICE with each party bearing their own costs and attorney's fees.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 14th day of January, 2019.

_____
JUDGE